IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RANETTA J. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CIV-13-570-D |
| vs. ) | |
| ) | |
| GLACIER TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

COME NOW the parties, Plaintiff Ranetta J. Thomas and Defendant Glacier Technologies, LLC, and stipulate to the dismissal of this action, **with prejudice**, and with each party to bear its own fees, costs, and expenses, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 8th day of November, 2013.

s/ *Ranetta J. Thomas, Pro Se*
Ranetta J. Thomas
1420 NW Hunter Road, Apt. D4
Lawton, OK  73505
Tele:  (580) 458-0870
Email:  niecy.thomas@yahoo.com

s/ *Brooke A. Colaizzi, pro hac vice*
Brooke A. Colaizzi
SHERMAN & HOWARD L.L.C.
633 17th Street, Suite 3000
Denver, CO  80202
Tele:  (303) 297-8471
Fax:  (303) 298-0940
Email:  bcolaizzi@shermanhoward.com

Raymond M. Deeny, *pro hac vice*
SHERMAN & HOWARD L.L.C.
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
Tele:  (719) 475-2440
Fax:  (719) 635-4576
Email:  rdeeny@shermanhoward.com

- and -

Sam R. Fulkerson, OBA # 14370
McAfee & TAFT,
  A Professional CORPORATION
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, OK  73102
Tele:  (405) 235-9621
Fax:  (405) 235-0439
Email:  sam.fulkerson@mcafeetaft.com

ATTORNEYS FOR DEFENDANT